UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
(HONORABLE EDWARD J. LODGE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-06-147-C-EJL |
| vs. | ) | |
| ALLEN LYNN BECKER, et al, | ) | ORDER |
| Defendants. | ) | |

It is hereby ordered that the Seal in the above-entitled matter be lifted. All pleadings shall remain sealed <u>except</u> all future filings, if appropriate, and the following judgments:

Judgment as to Robert Scott Jamar (Docket No. 283)

Judgment as to Allen Lynn Becker (Docket No. 311)

Judgment as to Holly Burgess (Docket No. 316)

Judgment as to Bradley Lynn Becker (Docket No. 317)

Judgment as to Jorian Goes (Docket No. 318)

Judgment as to Ian Straight (Docket No. 338)

Amended Judgment as to Dean Donlon (Docket No. 349)

The Clerk of the Court is directed to unseal said Judgments and each be made part of the open record in this matter.

DATED: **April 18, 2008**

*[signature]*

Honorable Edward J. Lodge
U. S. District Judge

ORDER

1